IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01971-PAB

BALDAN BAZAROV,

 Petitioner,

v.

GEORGE VALDEZ, acting in his official capacity of the United States Immigration and Customs Enforcement Denver Field Office Director,
GEO GROUP, INC,
DAVID VENTURELLA, Acting Director of the Department of the U.S. Department of Immigrations and Customs Enforcement,
U.S. DEPARTMENT OF IMMIGRATION AND CUSTOMS ENFORCEMENT,
MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security,
THE DEPARTMENT OF HOMELAND SECURITY, and
TODD BLANCHE in his Official Capacity as Acting Attorney General of the United States of America,

 Respondents.

---

**FINAL JUDGMENT**

---

 In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

 Pursuant to the Order [Docket No. 19] of Judge Philip A. Brimmer entered on June 18, 2026, it is

 **ORDERED** that petitioner Baldan Bazarov's Petition for Writ of Habeas Corpus [Docket No. 2] is GRANTED.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 29th day of June, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By: s/M. Smotts
    Deputy Clerk